# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JENNIFER SUE SIMPSON, *Individually and as Next Friend of her minor child (P.C.S terminated 9/25/2023)and on behalf of all others similarly situated Plaintiffs*

        Plaintiff

  v.

                                                                               Civil Action No. 1:23-cv-469

TODD ROKITA, *Indiana Attorney General, TERMINATED: 11/02/2023*

KATIE JENNER, *TERMINATED: 11/02/2023*

PARK D. GRINDER, *TERMINATED: 11/02/2023*

JEANINE KLEBER, *District Liasion for Homeless Children, M.S.D. Southwest Allen County Schools*

JERILYNNE BONEFF, *Registar, M.S.D. Southwest Allen County Schools*

KNOWLIN, *Ms., Fort Wayne Community Schools, Family Engagement Center District Liaison for Homeless Children*

POWERSCHOOL GROUP LLC, *TERMINATED: 11/02/2023*

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Chief Judge Holly A Brady on Motion to Dismiss.

DATE: 9/10/2024                         CHANDA J. BERTA, CLERK OF COURT

                                        by  s/A. Highlen_____
                                        *Signature of Clerk or Deputy Clerk*